**SYNOPSIS**

| | |
|---|---|
| **Name:** | Austin Cocchiaro |
| **Address:** (City & State Only) | Veazie, Maine |
| **Year of Birth and Age:** | 2001/24 |
| **Violation:** | **Count One & Two:** 18 U.S.C. § 2422(b); Enticement of a Minor<br>**Count Three:** Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| **Penalties:** | **Counts One and Two:** Not less than 10 years and not more than life imprisonment, a fine of not more than $250,000, or a fine and prison; 18 U.S.C. § 2252A(b)(1); This is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1).<br>**Count Three:** Not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison, but if the defendant has a prior qualifying conviction, not less than 10 years and not more than 20 years imprisonment, a fine of $250,000, or both. 18 U.S.C. § 2252A(b)(2); This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | **Counts One through Three:** Not less than five (5) years, not more than life, 18 U.S.C. § 3583(k) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts One through Three:** For Counts One and Two, not more than five years, and for Count Three not more than two years; U.S.C. § 3583(e)(3); but if, on any count (One, Two or Three), Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts One through Three:** Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | James S. Nixon, Esq., Federal Defender |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | FBI SA Jose G. Rodriguez-Aguilar |
| **Detention Status:** | State custody; to appear by writ |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Chris Ruge |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | For all Counts: $100 per count per 18 U.S.C. § 3013(a)(2)(A)<br>For Count 3: up to $17,000 per 18 U.S.C. § 2259A;<br>For all Counts: $5,000 per 18 U.S.C. § 3014 |
| **Forfeiture** | Yes |